UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80678-CIV-MARRA

JANET HOYT,

Plaintiff,

vs.

GREYNOLDS DISCOUNT FOOD AND
BEVERAGE, INC., d/b/a GREYNOLDS
DISCOUNT FOOD AND BEVERAGE,

Defendants.
_____/

**ORDER**

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal with

Prejudice (DE 6).  The Court has carefully considered the Notice and is otherwise fully advised

in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is dismissed with

prejudice.  The Clerks shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 23rd day of May, 2016.

_____
KENNETH A. MARRA
United States District Judge